# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:06CR00211 JLH

JULIA FORD FREEMAN a/k/a JUDY FORD;
ROBERT J. COLEE; LYDIA D. PRISOCK;
CAROL A. SPACKMAN; and
RANDALL JARVIS                                                                              DEFENDANTS

## ORDER

The United States has filed a motion for a continuance of the trial scheduled for April 13, 2009. If any defendant objects to the motion for continuance, the objection must be filed on or before March 30, 2009. If no objection is filed on or before March 30, 2009, the Court will assume that no defendant objects and that the defendants are willing to waive their rights under the Speedy Trial Act.

IT IS SO ORDERED this 19th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE